UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

CASE NO.: 5:15-CV-454-OC-30-PRL

CHARLES ROBERSON, an Individual
and KAREN ROBERSON, an Individual,

    Petitioners,

v.

USAA CASUALTY INSURANCE COMPANY
(USAA), a foreign insurance company,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, USAA Casualty Insurance Company (hereinafter "USAA"), pursuant to 28 U.S.C. §§1441 and 1446, respectfully shows the following as grounds for removal of the above-captioned action:

### STATUS OF PROCEEDINGS IN STATE COURT

1. On or about August 4, 2015, Plaintiffs, Charles Roberson and Karen Roberson (hereinafter "Plaintiffs"), filed a Declaratory Judgment Action Complaint against Defendant USAA, in the Circuit Court of the Fifth Judicial Circuit, in and for Lake County, Florida, Case No.: 15 CA 001454. A copy of the Complaint in said action is attached hereto as Exhibit 1. Said Complaint was served on Defendant USAA on August 21, 2015. See Exhibit 2.

2. The Complaint in the state court action seeks a ruling that coverage exists under a USAA policy for a claim for personal injury brought by Arthur Tye and Nancy Tye against the Robersons. Thus, the state court action is an action seeking benefits under an insurance policy for a liability suit brought against Charles and Karen Roberson.

## USAA HAS SATISFIED THE REQUIREMENTS FOR REMOVAL

3. This Notice of Removal is being filed within thirty days after service of the Complaint in the state court action as required by 28 U.S.C. §1446(b).

4. True and legible copies of all process and pleadings in the state court action are attached hereto as Exhibits 1 and 2 pursuant to 28 U.S.C. §§1446(a) and Middle District Florida Local Rule 4.02.

5. Venue is proper in this District under 28 U.S.C. §1441(a) because this District and Division embrace the place where the removed action has been pending.

6. Written notice of the filing of this Notice of Removal, together with a copy of this Notice of Removal, will be served on the Plaintiff and will be filed with the Clerk of the Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida as required by 28 U.S.C. §1446(b).

7. This action is one in which the United States District Court is given original jurisdiction because the amount in controversy exceeds $75,000 exclusive of interest and costs, and there is complete diversity of citizenship of the parties pursuant to 28 U.S.C. §1332.

8. There is complete diversity of citizenship because Charles and Karen Roberson are residents of the State of Florida. Defendant USAA is a Texas corporation with its main place of business in San Antonio, Texas. See Affidavit of Robert Scoville attached hereto as Exhibit 3. Thus, complete diversity of citizenship exists between the underlying Plaintiff, residents of the State of Florida, and USAA, a Texas corporation with its primary place of business in Texas.

9. The amount in controversy in this matter is greater than $75,000. The USAA policy at issue contains limits of liability of $300,000 for liability claims. Further, the Plaintiffs in their underlying liability suit have made a settlement demand in excess of $75,000. See

Affidavit of Scoville attached hereto as Exhibit 3. Accordingly, this Court has original jurisdiction pursuant to 28 U.S.C. §1332(a) by reason of diversity of citizenship of the parties and the amount in controversy exceeding $75,000, excluding interest and costs, and removal is therefore proper under 28 U.S.C. §1441(a).

WHEREFORE, Defendant gives notice that this action should be moved from the Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida to the United States District Court for the Middle District of Florida, Orlando Division, pursuant to the authority of 28 U.S.C. §1441(a) and pursuant to the procedures provided in 28 U.S.C. §1446.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail **and** Email on September 8, 2015, to the following: Paul M. Thompson, Esq., Thompson, Evangelo & Kelly, P.A., 234 N. Westmonte Drive, Suite 3000, Altamonte Springs, FL 32714 (paul@teklawfirm.com; dhorn@teklawfirm.com; egambino@teklawfirm.com).

CHRIS BALLENTINE
Florida Bar No. 434205
Fisher Rushmer, P.A.
390 N. Orange Avenue, Ste. 2200
Post Office Box 3753
Orlando, FL 32801-1642
Telephone: (407) 843-2111
Facsimile: (407) 422-1080
cballentine@fisherlawfirm.com (primary)
dburns@fisherlawfirm.com (secondary)

ATTORNEYS FOR DEFENDANT

L:\CMB\Roberson\PLEADING\Notice of Removal.docx