UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHARLES ROBERSON and
KAREN ROBERSON,

    Plaintiffs,

v.                                              Case No: 5:15-cv-454-Oc-30PRL

USAA CASUALTY INSURANCE
COMPANY, ARTHUR TYE and NANCY
TYE,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. #41) and Plaintiffs' Objections (Dkt. #44) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Report and Recommendation (Dkt. #41) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiffs' Amended Motion to Compel and/or Motion to Dismiss and/or Strike Defenses (Dkt. #30) is DENIED in all respects.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of October, 2016.

        *[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\OCALA\2015\15-cv-454 adopt 41.docx